AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL SPARKS<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 3:15MJ057-SAA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/13/2015__ in the county of __Leflore__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844(e) | Using a cellular telephone to communicate a bomb threat to Baptist Memorial Hospital - Golden Triangle Hospital in Columbus, MS, knowing said bomb threat to be false, but causing a partial evacuation of said hospital |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_Complainant's signature_

DANIEL C. BLOUNT, S/A, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __11/16/2015__

_Judge's signature_

City and state: __Oxford, Mississippi__   S. ALLAN ALEXANDER, U. S. Magistrate Judge
_Printed name and title_