STATE OF MISSISSIPPI

LAFAYETTE COUNTY

## AFFIDAVIT

Your affiant, DANIEL C. BLOUNT, has been a special agent with the Federal Bureau of Investigation for thirteen years working terrorism and national security matters. Everything contained in this affidavit has come to me through my own personal investigation or other reliable law enforcement sources.

At approximately 12:13 p.m. on Friday, November 13, 2015, a telephone call came in to the switchboard at Baptist Memorial Hospital – Golden Triangle in Columbus, Mississippi. The caller asked the hospital operator if she wanted to die. She responded, "Excuse me?" or words to that effect. The caller then stated that there was a bomb in the hospital and that hospital personnel had approximately 15 minutes to evacuate the hospital.

The Columbus Police Department, working with AT&T on an emergency basis, used cell tower information to locate the cellular telephone registered to the number captured on hospital telephone equipment. The cell phone was located at the Leflore County Restitution Center in Greenwood, Mississippi. Guards at the restitution center thought they recognized the voice on the recorded bomb threat as Michael Sparks.

Sparks was advised of his Miranda rights, waived those rights, and agreed to talk with agents. He admitted making the call containing the bomb threat and stated that it was a "foolish prank." The cellular telephone Sparks used was recovered, and the call log reflected his phone call to the Columbus hospital.

A hospital is a difficult place to evacuate, so non-essential personnel and patients who were ambulatory were evacuated, but critical patients and their caregivers had to remain in the hospital, not knowing whether or not the threat was real.

I respectfully request that a warrant issue for the arrest of Michael Sparks on charges of communicating a false bomb threat, using a cellular telephone, in violation of 18 U.S.C. § 844(e).

DANIEL C. BLOUNT
Special Agent, FBI

Subscribed and sworn to before me on this 16th day of November, 2015

United States Magistrate Judge