IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                       MAGISTRATE NO. 3:15-MJ-057

MICHAEL SPARKS

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE S. ALLAN ALEXANDER, MAGISTRATE JUDGE OF THE COURT AFORESAID:

Felicia C. Adams, United States Attorney for the Northern District of Mississippi, respectfully represents to the court as follows:

1. That the defendant, MICHAEL SPARKS, is presently confined in the Leflore County Jail, as a state prisoner, having been duly committed to said institution under and in pursuance of the laws of the State of Mississippi.

2. That this cause is now pending for initial appearance on the docket of this Court and that said cause has been set for initial appearance at Oxford, Mississippi, on Thursday, November 19, 2015, at 9:00 a.m.

WHEREFORE, your petitioner prays that a writ of habeas corpus ad prosequendum issue out of this Court to the Mississippi Department of Corrections and Jailer/Warden/Sheriff, Leflore County Jail, Greenwood, Mississippi; the Federal Bureau of Investigation; and/or any United States Marshal, commanding them to produce the body of MICHAEL SPARKS before this court at Oxford, Mississippi, on Thursday, November 19, 2015, at 9:00 a.m., and to return safely said

prisoner to the custody of the Mississippi Department of Corrections and Jailer/Warden/Sheriff, Leflore County Jail, Greenwood, Mississippi, forthwith at the conclusion of the above cause.

Respectfully submitted,

FELICIA C. ADAMS
United States Attorney
Mississippi Bar No. 1049

By: *[signature]*
ROBERT H. NORMAN
Assistant United States Attorney
Mississippi Bar No. 3880

Sworn to and subscribed before, me, this the 16th day of November, 2015.

*[signature]*
LINDA B. KING, Notary Public

My Commission Expires:

*[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 87236, LINDA B. KING, Commission Expires Oct. 3, 2019, LAFAYETTE COUNTY]*