IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  MAGISTRATE NO. 3:15-MJ-057

MICHAEL SPARKS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: MISSISSIPPI DEPARTMENT OF CORRECTIONS AND JAILER/WARDEN/SHERIFF, LEFLORE COUNTY JAIL, GREENWOOD, MISSISSIPPI; THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF MISSISSIPPI; AND/OR ANY OTHER UNITED STATES MARSHAL.

Greetings:

YOU ARE HEREBY COMMANDED to produce the body of MICHAEL SPARKS, now confined as a prisoner of the Mississippi Department of Corrections and Jailer/Warden/Sheriff, Leflore County Jail, Greenwood, Mississippi, before the United States District Court for the Northern District of Mississippi, at Oxford, Mississippi, on Thursday, November 19, 2015, at 9:00 a.m. for initial appearance on the criminal complaint pending against him; and to keep safety said prisoner before said Court until discharged by order of the Court; and thereupon to forthwith return safely said prisoner to the custody of the Mississippi Department of Corrections and Jailer/Warden/Sheriff, Leflore County Jail, Greenwood, Mississippi, at the conclusion of the above cause.

WITNESS the Honorable David Crews, Clerk of the Court of the United States District Court for the Northern District of Mississippi, the 16th day of November, 2015.

DAVID CREWS, Clerk

By: *Willie Sue Miller*
Deputy Clerk