# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO: 3:15MJ057-SAA**     **LOCATION HELD: OXFORD**

**UNITED STATES OF AMERICA V.   MICHAEL SPARKS**

**DATE & TIME BEGUN:** 11/19/15 @    11:30 a.m.

**DATE & TIME ENDED:** 11/19/15 @    11:35 a.m.

**TOTAL TIME:**    5 min

**PRESENT:**
  **HONORABLE S. ALLAN ALEXANDER, U. S. MAGISTRATE JUDGE**

Willie Sue Miller                                                   Digital Recording
Deputy Clerk                                                        Court Reporter

**ATTORNEY(S) FOR GOVERNMENT:**        **ATTORNEY(S) FOR DEFENDANT(S)):**
  Bob Norman

**PROCEEDINGS: Initial Appearance**

**ENTRY TO BE MADE ON DOCKET:**
Hearing held.   Court appointed Federal Public Defender as counsel for defendant.  Government moved for detention pending action by the grand jury.  Preliminary and detention hearing set for 11/23/15 at 2:00 p.m. in Oxford, MS before Magistrate Judge Alexander.  Defendant remanded to custody of U. S. Marshal.

**DAVID CREWS, CLERK**

/s/ Willie Sue Miller
Willie Sue Miller, Courtroom Deputy