AO 468 (Rev. 1/09) Waiver of Preliminary Hearing (MODIFIED)

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 3:15mj057 |
| | ) | |
| Michael Sparks | ) | |
| *Defendant* | | |

## WAIVER OF PRELIMINARY HEARING AND DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1. I further agree to waive my detention hearing but respectfully reserve the right to request one in the future if appropriate.

Date:   November 19, 2015

*Michael Sparks*
Michael Sparks

M. Scott Davis, MSB #103225
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, Mississippi  38655
scott_davis@fd.org
(662) 236-2889
(662) 234-0428 (Fax)